UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUZ OMAR MEDINA VEGA,**

      **Plaintiff,**

v.   Case No: 6:23-cv-00940-PGB-UAM

**PBS CONSTRUCTION LLC and
BOGDAN S. PRINDII,**

      **Defendants.**
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Default Judgment (Doc. 47 (the "**Motion**")), filed on March 18, 2025. Magistrate Judge David A. Baker has submitted a report recommending that the Motion be granted. (Doc. 48 (the "**Report and Recommendation**")).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation, filed May 16, 2025 (Doc. 48), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment against Defendants PBS Construction LLC and Bogdan S. Prindii (Doc. 47) is **GRANTED**.

3. The Court **FINDS** that Plaintiff is entitled to damages amounting to $24,150.00, plus attorney's fees of $3,480.00 and costs of $543.00.

4. The Clerk of Court is **DIRECTED** to enter final judgment in Plaintiff's favor against Defendants PBS Construction LLC and Bogdan S. Prindii on Count I in the total amount of $28,173.00, dismiss Count II as abandoned, and thereafter close the case.

**DONE AND ORDERED** in Orlando, Florida on June 10, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties